IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:95-CV-110-BR(1)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | SATISFACTION OF JUDGMENT |
| VANGUS W. NICHOLS and ) GLORIA T. NICHOLS, ) | |
| Defendant(s). ) | |

The judgment in the above-entitled case having been paid or otherwise settled, the Clerk of the United States District Court for the Eastern District of North Carolina is hereby authorized to satisfy and cancel said judgment on record.

Respectfully submitted this 5th day of September, 2001.

JOHN STUART BRUCE
United States Attorney

By: *Barbara D. Kocher*
BARBARA D. KOCHER
Assistant United States Attorney

I, David W. Daniel, Clerk, United States District Court, do hereby certify that Judgment had against Vangus and Gloria Nichols has been satisfied and cancelled this 5th day of Sept., 2001.

DAVID W. DANIEL
Clerk of Court

By: *Jeri Carpenter*
Deputy Clerk